172 F.3d 41
 Poseidon Compania Naviera S.A. v. Jong Cha, David Toupin,
Bullet Trucking, Inc. L&W Leasing, Inc., ABC Tavern,
(Fictitious Name), XYZ Bar, (Fictitious Name), Bullet
Trucking, Inc., L&W Leasing, Inc. v. Healy & Baillie, Esqs., Andrew
V.
Buchsbaum, Esq., Keum Yeon Lee, Keum Yeon Lee, General
Administratrix of Estate of Bong Hak Lee, Deceased, Huh Jung
Lee, Jin Hwa Lee, Jae Ryong Lee, Jung Hee Kwon, Dennis A.
Maycher, Esq., Dennis A. Maycher, Esq., General Adm'r of Estate of
 NO. 97-5564
 United States Court of Appeals,
Third Circuit.
 November 10, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.